**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6607**

WILLIAM LEE JUDY,

Plaintiff - Appellant,

v.

KATHY WILLIAMS, Housing Unit Manager at FCC Petersburg in Petersburg, VA; IAN CONNER; SEVERAL NAMED BUT UNKNOWN SEARCH TEAM MEMBERS; NAMED BUT UNKNOWN REGIONAL ADMINISTRATIVE REMEDY COORDINATOR; NAMED BUT UNKNOWN INSTITUTIONAL ADMINISTRATIVE REMEDY COORDINATOR; UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:16-cv-00345-AWA-LRL)

Submitted: October 23, 2018                                    Decided: October 26, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Lee Judy, Appellant Pro Se. Sean Douglas Jansen, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lee Judy appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Judy v. Williams*, No. 2:16-cv-00345-AWA-LRL (E.D. Va. Mar. 29, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*